```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 18080
   LEVAR FISHER
   JACINTA FISHER                              CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7920     SSN XXX-XX-9325

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/03/2007 and was confirmed 06/25/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   41.00%.

    The case was dismissed after confirmation 10/01/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
OPTION ONE MORTGAGE CORP  CURRENT MORTG       .00            .00            .00
OPTION ONE MORTGAGE CORP  SECURED NOT I       .00            .00            .00
COMMONWEALTH EDISON       UNSECURED         1047.90          .00            .00
CAPITAL ONE               UNSECURED         1770.34          .00            .00
CHASE AUTO FINANCE        SECURED VEHIC    11322.00         75.13        2281.25
BARCLAYS CAPITAL REAL ES  CURRENT MORTG       .00            .00            .00
BARCLAYS CAPITAL REAL ES  SECURED NOT I       .00            .00            .00
BARCLAY'S CAPITAL REAL E  CURRENT MORTG       .00            .00            .00
BARCLAY'S CAPITAL REAL E  MORTGAGE ARRE       .00            .00            .00
VILLAGE OF PARK FOREST    SECURED           343.77         12.78          65.08
WILMINGTON FINANCE INC    CURRENT MORTG       .00            .00            .00
WILMINGTON FINANCE INC    MORTGAGE ARRE       .00            .00            .00
WILL COUNTY TREASURERS O  SECURED         10000.00         39.17        1666.39
CHASE MANHATTAN MORTGAGE  CURRENT MORTG       .00            .00            .00
CHASE MANHATTAN MORTGAGE  SECURED NOT I       .00            .00            .00
CHASE HOME FINANCE LLC    CURRENT MORTG       .00            .00            .00
CHASE HOME FINANCE LLC    SECURED NOT I       .00            .00            .00
1ST FINANCIAL BK USA      NOTICE ONLY    NOT FILED          .00            .00
AMCA COLLECTION AGENCY    UNSECURED      NOT FILED          .00            .00
AMERICAN EXPRESS BANK     UNSECURED       1045.82           .00            .00
ECAST SETTLEMENT CORP     UNSECURED       2532.55           .00            .00
ECAST SETTLEMENT CORP     UNSECURED      11274.33           .00            .00
BK OF AMER                UNSECURED      NOT FILED          .00            .00
BK OF AMER                UNSECURED      NOT FILED          .00            .00
BANK OF AMERICA           UNSECURED      NOT FILED          .00            .00
CHASE                     UNSECURED      NOT FILED          .00            .00
CITIBANK                  UNSECURED       9114.02           .00            .00
CHERI MERCIER             UNSECURED      NOT FILED          .00            .00
CITIBANK                  UNSECURED      NOT FILED          .00            .00
CITIBANK                  UNSECURED      NOT FILED          .00            .00
CITIBANK                  UNSECURED      NOT FILED          .00            .00
CITIBANK                  UNSECURED      NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 18080 LEVAR FISHER & JACINTA FISHER
```

```
CITIBANK                   UNSECURED     NOT FILED            .00          .00
CITIBANK                   UNSECURED     NOT FILED            .00          .00
CITIBANK                   UNSECURED     NOT FILED            .00          .00
CITIBANK                   UNSECURED     NOT FILED            .00          .00
COMCAST                    UNSECURED     NOT FILED            .00          .00
CREDIT MANAGEMENT INC      UNSECURED     NOT FILED            .00          .00
DISCOVER CARD              UNSECURED     NOT FILED            .00          .00
GEMB                       UNSECURED     NOT FILED            .00          .00
GEMB                       UNSECURED     NOT FILED            .00          .00
GEMB                       UNSECURED     NOT FILED            .00          .00
GEMB                       UNSECURED     NOT FILED            .00          .00
ECAST SETTLEMENT CORP      UNSECURED       454.06             .00          .00
HSBC                       UNSECURED     NOT FILED            .00          .00
RESURRECTION MEDICAL CEN   UNSECURED       297.48             .00          .00
LANE BRYANT                UNSECURED     NOT FILED            .00          .00
FDS NATIONAL BANK/MACY'S   UNSECURED       632.89             .00          .00
PROTECTION ONE             UNSECURED       695.98             .00          .00
ECAST SETTLEMENT CORP      UNSECURED          .00             .00          .00
VANRU CREDIT               UNSECURED     NOT FILED            .00          .00
CHASE AUTO FINANCE         SECURED VEHIC  28683.00         210.62      3979.54
CHASE AUTO FINANCE         UNSECURED       339.79             .00          .00
BARCLAYS CAPITAL REAL ES   NOTICE ONLY   NOT FILED            .00          .00
COMMONWEALTH EDDISON CO    NOTICE ONLY   NOT FILED            .00          .00
GMAC                       SECURED NOT I  3644.36             .00          .00
ISAC                       UNSECURED      9558.15             .00          .00
CHASE AUTO FINANCE         UNSECURED       106.65             .00          .00
HIGHLAND TERRACE CONDO A   UNSECURED      8990.00             .00          .00
CHASE BANK USA             UNSECURED       329.03             .00          .00
CITIBANK                   UNSECURED          .00             .00          .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY    3,300.00                     2,817.68
TOM VAUGHN                 TRUSTEE                                       947.98
DEBTOR REFUND              REFUND                                      2,410.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                14,505.62

PRIORITY                                             .00
SECURED                                         7,992.26
   INTEREST                                       337.70
UNSECURED                                            .00
ADMINISTRATIVE                                  2,817.68
TRUSTEE COMPENSATION                              947.98
DEBTOR REFUND                                   2,410.00
                       ---------------      ---------------
TOTALS                 14,505.62                14,505.62


              PAGE  2 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 18080 LEVAR FISHER & JACINTA FISHER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE